UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., § § §          Plaintiff, § § v. § § DOES 1-10, § d/b/a Lemo TV and Kemo IPTV, § § § § Defendants. § § | Civil Action No. |

**EXHIBIT 2 TO PLAINTIFF'S COMPLAINT**

**WORKS HAVING EPISODES NOT SUBJECT TO REGISTRATION**

| Work | Channel |
|---|---|
| El Hayah el Yom | Al Hayah 1 |
| Fill In/News | ART Aflam 1 |
| Fill In/News | ART Aflam 2 |
| Fill In/News | ART Cima |
| ATN Business & Finance | ATN Bangla |
| News Hour Xtra | ATN News |
| Flash | B4U Movies |
| Bollywood Minute | B4U Movies |
| Hadret El Omda | CBC |
| Hadret El Omda | CBC Drama |
| El Kebir | Hekayat |
| Maktoub Alaya | Hekayat |
| Arabwood | LBC |
| Aswad | LBCI |
| El Nar Bel Nar | LBCI |
| Al Arbaji | LBCI |
| Laylet Soqot Baghdad | Melody Aflam |
| Fill In/News | Melody Classic |
| Apnar Jiggasha | NTV Bangla |
| Ei Somoy | NTV Bangla |
| Ek Shobday Quran | NTV Bangla |
| Glamour World | NTV Bangla |
| Moddh Rater Khabor | NTV Bangla |
| NTV Evening News | NTV Bangla |
| Rater Khabor | NTV Bangla |
| Shashtho Protidin | NTV Bangla |

| | |
|---|---|
| Shironam | NTV Bangla |
| Shondhar Khabor | NTV Bangla |
| Maddam Sir | SAB |
| Ghar ek Sapnaa | Sahara One |
| Haunted Nights | Sahara One |
| News Bulletin | Sahara Samay |
| Prime 9 | Sahara Samay |
| Heroine Zindagi Ke Panno Se | SET |
| India's Best Dancer | SET |
| Extraa Shots Special | SET MAX |
| The Newshour First | Times Now |
| Planet Bollywood News | Zoom |